No. 630. FEDERAL TRADE COMMISSION *v.* SINCLAIR REFINING COMPANY. January 3, 1922. Petition for a writ

of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Solicitor General Beck, Mr. Blackburn Esterline, Mr. W. H. Fuller, Mr. Adrien F. Busick* and *Mr. Eugene W. Burr* for petitioner. No brief filed for respondent.